CALEB MARTIN JONES
126 W ELBRIDGE WAY
CANTON, MS 39046

FROST-ARNETT CO
P.O. BOX 1280
OAKS, PA 19456

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY ST STE 3500
FORT WORTH, TX 76102

TRANSWORLD SYSTEM INC
507 PRUDENTIAL RD
HORSHAM, PA 19044

BIRCH LENDING
P.O. BOX 58020
MINTO, AK 99758

JEFFERSON CAPITAL
PO BOX 23051
COLUMBUS, GA 31902

TRUIST BANK
PO BOX 849
WILSON, NC 27894

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY  SUITE 226
SAN FRANSICO, CA 94111

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

KIKOFF LENDING LLC
75 BROADWAY  SUITE 226
SAN FRANCISCO, CA 94111

CAVALRY PORTFOLIO
ATTN: BANKRUPTCY
1 AMERICAN LN STE 220
GREENWICH, CT 06831

NO COMPROMISE GAMING
830 FESSLERS PKWY
NASHVILLE, TN 37210

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502

DISCOVERCARD
PO BOX 30939
SALT LAKE CITY, UT 84130

POSSIBLE FINANCE
PO BOX 98686
LAS VEGAS, NV 89193

EDFINANCIAL SERVICES L
P.O. BOX 30159
KNOXVILLE, TN 37930

TILT
9169 W H ST
STE 499
GARDEN CITY, ID 83714