United States Bankruptcy Court
Southern District of Mississippi

In re:
Caleb Martin Jones
Debtor

Case No. 26-01875-JAW
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-3 User: admin Page 1 of 3
Date Rcvd: Oct 29, 2026 Form ID: 318 Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Caleb Martin Jones, 126 W Elbridge Way, Canton, MS 39046-5507 |
| 5694910 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 5694913 | + | Frost-Arnett Co, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5694921 | | Tilt, 9169 W H St, Ste 499, Garden City, ID 83714 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Oct 29 2026 13:22:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| 5694918 | | Email/Text: sam@nocompromisegaming.com | Oct 29 2026 09:24:00 | No Compromise Gaming, 830 Fesslers Pkwy, Nashville, TN 37210 |
| 5694907 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Oct 29 2026 09:24:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5694908 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Oct 29 2026 09:24:00 | CashNet USA, 175 W Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 5694909 | + | Email/Text: bankruptcy@cavps.com | Oct 29 2026 09:25:00 | Cavalry Portfolio, Attn: Bankruptcy, 1 American Ln Ste 220, Greenwich, CT 06831-2563 |
| 5722417 | + | Email/Text: bankruptcy@cavps.com | Oct 29 2026 09:25:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5694911 | + | EDI: DISCOVER | Oct 29 2026 13:22:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5694912 | + | Email/Text: EBN@edfinancial.com | Oct 29 2026 09:24:00 | Edfinancial Services L, P.o. Box 30159, Knoxville, TN 37930-0159 |
| 5694914 | + | EDI: PHINAMERI.COM | Oct 29 2026 13:22:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry St Ste 3500, Fort Worth, TX 76102-6854 |
| 5694915 | | EDI: JEFFERSONCAP.COM | Oct 29 2026 13:22:00 | Jefferson Capital, PO Box 23051, Columbus, GA 31902 |
| 5710462 | | EDI: JEFFERSONCAP.COM | Oct 29 2026 13:22:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5696257 | ^ | MEBN | Oct 29 2026 09:19:50 | Joseph T. McDaniel, Esq., For First Tower Loan of Mississippi, dba Tower Loan of South Hattiesburg, PO Box 320001, Flowood, MS 39232-0001 |
| 5696256 | ^ | MEBN | Oct 29 2026 09:19:50 | Joseph T. McDaniel, Esq., For Gulfco of Mississippi LLC, dba Tower Loan of South Hattiesburg, PO Box 320001, Flowood, MS 39232-0001 |
| 5694916 | + | Email/Text: bankruptcy@kikoff.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 29 2026 09:24:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 5694917 | + | Email/Text: bankruptcy@kikoff.com | Oct 29 2026 09:24:00 | Kikoff Lending Llc, 75 Broadway Suite 226, San Francisco, CA 94111-1458 |
| 5694919 | | EDI: PRA.COM | Oct 29 2026 13:22:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5694920 | | Email/Text: bankruptcy@possiblefinance.com | Oct 29 2026 09:24:00 | Possible Finance, PO Box 98686, Las Vegas, NV 89193 |
| 5694906 | | Email/Text: ashley@tolovanafinancial.com | Oct 29 2026 09:24:00 | Birch Lending, P.O. Box 58020, Minto, AK 99758 |
| 5694922 | | Email/Text: bankruptcycourt@towerloan.com | Oct 29 2026 09:24:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5694923 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 29 2026 09:25:00 | Transworld System Inc, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 5720609 | + | Email/Text: bankruptcy@bbandt.com | Oct 29 2026 09:24:00 | Truist Bank, P.O Box 1847, Wilson, NC 27894-1847 |
| 5694924 | + | Email/Text: bankruptcy@bbandt.com | Oct 29 2026 09:24:00 | Truist Bank, Po Box 849, Wilson, NC 27894-0849 |
| 5700699 | + | Email/Text: EBN@edfinancial.com | Oct 29 2026 09:24:00 | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE TN 37922-2359 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Tower Loan, LLC, d/b/a Tower Loan of South |
| cr | | Gulfco of Mississippi, LLC, d/b/a Tower Loan of So |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Joseph Todd McDaniel | on behalf of Creditor Gulfco of Mississippi LLC, d/b/a Tower Loan of South Hattiesburg jmcdaniel@towerloan.com, cedouglas@towerloan.com |

Joseph Todd McDaniel
on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of South Hattiesburg jmcdaniel@towerloan.com, cedouglas@towerloan.com

Thomas Carl Rollins, Jr
on behalf of Debtor Caleb Martin Jones trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Caleb Martin Jones**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx–xx–2961** |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–01875–JAW**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Caleb Martin Jones**
aka Caleb Martin Hawley Jones

Dated: 10/14/26

**By the court:** /s/Jamie A. Wilson
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**